JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEORA LYNNE TERRILL, ) | Case No. 1:17-CV-00751-BAM |
| ) | |
| Plaintiff ) | **STIPULATION AND ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 40 Days to February 13, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has several other filings due at this time.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 26, 2018

JACQUELINE A. FORSLUND
Attorney at Law
*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: January 26, 2018

PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

## ORDER

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including **February 13, 2018**, to file Plaintiff's Opening Brief. All other deadlines set forth in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **January 29, 2018**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

**Terrill v. Berryhill**         **Stipulation and Proposed Order**         E.D. Cal. 1:17-cv-00751-BAM