JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEORA LYNNE TERRILL, ) | Case No.  1:17-CV-00751-BAM |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to April 27, 2018, for Plaintiff to file her Reply Brief, in accordance with the Court's Scheduling Order.   It is requested due to the fact that Plaintiff's counsel has workload issues as well as competing family obligations.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted

Date: April 23, 2018  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date:  April 23, 2018  PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
\*By email authorization
Attorney for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including **April 27, 2018,** in which to file Plaintiff's reply brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated**:  March 23,  2018**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE